UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Ariana Jasmin Paredez**<br>Docket Number:  0972 1:13CR00243-001<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Ariana Jasmin Paredez is requesting permission to travel to Linares, Nuevo Leon, Mexico. Ariana Jasmin Paredez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On January 17, 2013, Ariana Jasmin Paredez was sentenced in the District of North Dakota for the offense of 18 USC 1856(h) – Money Laundering Conspiracy to Conceal & Disguise Nature, Location, Ownership, & Control of Proceeds of Specified Unlawful Activity (Class A Felony).  On June 7, 2013, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:**   24 months custody of the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment.

**Dates and Mode of Travel:**  December 23, 2016, to January 3, 2017.  Travel arrangements will be made upon Court approval.

**Purpose:**  To visit her grandparents for the holidays.

**RE:**   **Ariana Jasmin Paredez**
          **Docket Number:  0972 1:13CR00243-001**
          **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   December 2, 2016
         Fresno, California
         TDM/rmv

                          /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

IT IS SO ORDERED.

Dated:  December 8, 2016                    _____
                                            SENIOR  DISTRICT  JUDGE