UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

RE: **Ariana Jasmin Paredez**
**Docket Number: 0972 1:13CR00243-001**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Ariana Jasmin Paredez is requesting permission to travel to Linares, Nuevo Leon, Mexico. Ariana Jasmin Paredez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 17, 2013, Ariana Jasmin Paredez was sentenced in the District of North Dakota for the offense of 18 USC 1856(h) – Money Laundering Conspiracy to Conceal & Disguise Nature, Location, Ownership, & Control of Proceeds of Specified Unlawful Activity (Class C Felony). On June 7, 2013, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:** 24 months custody of the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment.

**Dates and Mode of Travel:** July 1, 2017, through July 31, 2017. Travel arrangements will be made upon Court approval.

**Purpose:** To visit her grandparents.

**RE:    Ariana Jasmin Paredez**
       **Docket Number:  0972 1:13CR00243-001**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                    Respectfully submitted,

                    /s/ Tim Mechem

                    TIM D. MECHEM
              Supervising United States Probation Officer

Dated:    June 9, 2017
          Fresno, California
          TDM/rmv

                    /s/ Brian J. Bedrosian
**REVIEWED BY:    BRIAN J. BEDROSIAN**
                 **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒    Approved        ☐    Disapproved

IT IS SO ORDERED.

Dated:  June 16, 2017                         _____
                                              SENIOR DISTRICT JUDGE