UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii　　　　**RE:  Ariana Jasmin Paredez**
Senior United States District Judge　　　　**Docket Number:  0972 1:13CR00243-001**
Fresno, California　　　　**PERMISSION TO TRAVEL**
　　　　**OUTSIDE THE COUNTRY**

Your Honor:

Ariana Jasmin Paredez is requesting permission to travel to Linares, Nuevo Leon, Mexico. Ariana Jasmin Paredez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 17, 2013, Ariana Jasmin Paredez was sentenced in the District of North Dakota for the offense of 18 USC 1856(h) – Money Laundering Conspiracy to Conceal & Disguise Nature, Location, Ownership, & Control of Proceeds of Specified Unlawful Activity (Class C Felony).  On June 7, 2013, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:**  24 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid).

**Dates and Mode of Travel:**  September 29, 2017, through October 29, 2017.  Travel arrangements will be made upon Court approval.

**Purpose:**  Her grandfather is very sick and has been hospitalized.

**RE:** Ariana Jasmin Paredez
      Docket Number: 0972 1:13CR00243-001
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   September 27, 2017
         Fresno, California
         TDM/rmv

                            /s/ Anthony Andrews  for
**REVIEWED BY:**    **BRIAN J. BEDROSIAN**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

IT IS SO ORDERED.

Dated:  September 27, 2017                  _____
                                            SENIOR DISTRICT JUDGE